**UNITED STATES of America, Plaintiff–Appellee**

v.

**Santiago CASTILLO–LUCIO, also known as Edgar Santiago Castillo–Lucio, Defendant–Appellant.**

**No. 07–40752 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 5, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Santiago Castillo–Lucio raises arguments that are foreclosed by *United States v. Galvan–Rodriguez*, 169 F.3d 217, 220 (5th Cir.1999), and *Brieva–Perez v. Gonzales*, 482 F.3d 356, (5th Cir.2007), which held that the offense of unauthorized use of a motor vehicle is a crime of violence under 18 U.S.C. § 16(b). The appellant's motion for summary disposition is

GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.